IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

CIVIL ACTION NO. 06-cv-01248-PSF-PAC

JOHNS MANVILLE,

    Plaintiff,

        v.

KCI, INCORPORATED,

    Defendant.

## ORDER TO VOLUNTARILY WITHDRAW COMPLAINT AND JURY DEMAND

Plaintiff's Motion to Voluntarily Withdraw the Complaint and Jury Demand (Dkt. # 4) is GRANTED. The Court hereby

ORDERS that this case is DISMISSED WITHOUT PREJUDICE.

DATED: July 31, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge